IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN EDWARD BASKERVILLE,

     Petitioner,                   No. CIV S-11-0843 CKD P

     vs.

RICHARD B. IVES,

     Respondent.              ORDER

_____/

     The undersigned hereby recuses herself from this action pursuant to 28 U.S.C.

§ 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

randomly refer this case to another magistrate judge for any further proceedings which may be

appropriate or required. Also, the Clerk of the Court is directed to make the appropriate

adjustment in the assignment of cases.

DATED: August 4, 2011

                        /s/ Carolyn K. Delaney

                    _____
                    CAROLYN K. DELANEY
                    UNITED STATES MAGISTRATE JUDGE

1
bask0843.rec