IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN EDWARD BASKERVILLE,

    Petitioner,                   No. CIV 2:11-cv-0843-JFM (HC)

   vs.

RICHARD B. IVES, *Warden*,

    Respondent.               ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 2, 2011, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's December 2, 2011 motion to dismiss should not be granted.

DATED: February 6, 2012.

                                      UNITED STATES MAGISTRATE JUDGE

/014;bask0843.46.hab

1